RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MONIQUE KIRTLEY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Monique_Kirtley@fd.org

Attorney for Frank Adolph Thomas

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>FRANK ADOLPH THOMAS,<br><br>                    Defendant. | Case No. 2:06-cr-00318-JCM-NJK<br><br>**STIPULATION TO CONTINUE HEARING RE: MODIFICATION OF SUPERVISION CONDITIONS (ECF. NO. 67)**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Alexandra M. Michael, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Monique Kirtley, Assistant Federal Public Defender, counsel for Frank Adolph Thomas, that the Hearing re: Hearing to Modify Conditions of Supervision (ECF No. 67) currently scheduled on January 23, 2018 at 11:00 a.m., be vacated and continued for no less than one week or at a date and time convenient to the Court.

This Stipulation is entered into for the following reasons:

1. Mr. Thomas would like to attend the funeral services of his Aunt Shirley-Dodd. The viewing and funeral services will be held in Las Vegas, Nevada and are scheduled for January 23, 2018, starting at 10:00 a.m. and concluding at 2:00 p.m.

2. The defendant is not in custody and is requesting the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 19th day of January 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| */s/ Monique Kirtley*<br>By_____<br>MONIQUE KIRTLEY<br>Assistant Federal Public Defender | */s/ Alexandra M. Michael*<br>By_____<br>ALEXANDRA M. MICHAEL<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FRANK ADOLPH THOMAS,<br><br>　　　　Defendant. | Case No. 2:06-cr-00318-JCM-NJK<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, January 23, 2018 at 11:0 a.m., be vacated and continued to January 30, 2018 at the hour of 10:30 a.m.; or to a time and date convenient to the court.

　　　DATED January 19, 2018.

_____
UNITED STATES DISTRICT JUDGE

3