RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MONIQUE KIRTLEY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Monique_kirtley@fd.org

Attorney for Frank Adolph Thomas

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANK ADOPLH THOMAS,<br><br>Defendant. | Case No. 2:06-cr-318-JCM-NJK<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Monique Kirtley, Assistant Federal Public Defender, counsel for Frank Adolph Thomas, that the Revocation Hearing currently scheduled on June 1, 2018 at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than seven (7) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel will be out of the jurisdiction during the currently scheduled revocation hearing date.

2. The defendant is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 22nd day of May, 2018.

| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
|---|---|
| By */s/ Monique Kirtley*_____<br>MONIQUE KIRTLEY<br>Assistant Federal Public Defender | By */s/ Daniel J. Cowhig*_____<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FRANK ADOLPH THOMAS,<br><br>　　　　Defendant. | Case No. 2:06-cr-318-JCM-NJK<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Friday, June 1, 2018 at 10:00 a.m., be vacated and continued to **Thursday, June 14, 2018 at 10:30 a.m.**; or to a time and date convenient to the court.

　　DATED May 23, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_James C. Mahan_
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE