RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MONIQUE KIRTLEY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Monique_Kirtley@fd.org

Attorney for Frank Adolph Thomas

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FRANK ADOLPH THOMAS,<br><br>　　　　　Defendant. | Case No. 2:06-cr-318-JCM-NJK<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Monique Kirtley, Assistant Federal Public Defender, counsel for Frank Adolph Thomas, that the Revocation Hearing currently scheduled on Wednesday, May 15, 2019 at 11:00 am, be vacated and continued to a date and time convenient to the Court, but no sooner than seven (7) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel has a scheduling conflict due to an evidentiary hearing for a different case, which has been scheduled on the same date as this instant matter.

2. The defendant is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

4. The probation officer supervising Mr. Thomas agrees with the need for this continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 8th day of May, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Monique Kirtley*<br>By_____<br>MONIQUE KIRTLEY<br>Assistant Federal Public Defender | */s/ Daniel J. Cowhig*<br>By_____<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FRANK ADOLPH THOMAS,<br><br>　　　　Defendant. | Case No. 2:06-cr-318-JCM-NJK<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, May 15, 2019 at 11:00 a.m., be vacated and continued to May 31, 2019, at the hour of 10:30 a.m.; or to a time and date convenient to the court.

　　DATED May 10, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ James C. Mahan
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE