RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MONIQUE KIRTLEY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Monique_Kirtley@fd.org

Attorney for Frank Adolph Thomas

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANK ADOLPH THOMAS,<br><br>Defendant. | Case No. 2:06-cr-318-JCM-NJK<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Monique Kirtley, Assistant Federal Public Defender, counsel for Frank Adolph Thomas, that the Revocation Hearing currently scheduled on Friday, May 31, 2019 at 10:30 am, be vacated and continued to a date and time convenient to the Court, but no sooner than seven (7) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel will be out the district during the currently scheduled revocation hearing date.

2. The defendant is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

4. The probation officer supervising Mr. Thomas agrees with the need for this continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 21st day of May, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Monique Kirtley*<br>By_____<br>MONIQUE KIRTLEY<br>Assistant Federal Public Defender | */s/ Daniel J. Cowhig*<br>By_____<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:06-cr-318-JCM-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| FRANK ADOLPH THOMAS, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Friday, May 31, 2019 at 10:30 a.m., be vacated and continued to June 12, 2019, at the hour of 10:30 a.m.

DATED May 22, 2019.

_____
UNITED STATES DISTRICT JUDGE